FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2019

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| NALA W.,<br><br>                       Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL<br>SECURITY, [1]<br><br>                   Defendant. | NO:  4:19-CV-05016-FVS<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 14.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED**:

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration.  Accordingly, the Court substitutes Andrew M. Saul as the Defendant and directs the Clerk to update the docket sheet.  *See* Fed. R. Civ. P. 25(d).

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

1. Defendant's Motion for Extension of Time, **ECF No. 12**, and Defendant's Stipulated Motion for Remand, **ECF No. 14**, are **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Administrative Law Judge shall update the medical record, offer Plaintiff the opportunity for a hearing, and issue a new decision. The ALJ shall also:

   - Comply with the prior court remand order;
   - Reevaluate the medical opinion evidence pursuant to the prior court order and in particular the evaluation of Dr. Barnard's opinion and Plaintiff's educational accommodations;
   - Obtain expert psychological or psychiatric medical testimony; and
   - If warranted, obtain supplemental vocational expert evidence to clarify the effects of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

///

///

5.  Plaintiff's Motion for Summary Judgment, **ECF No. 8**, **a**nd the hearing and remaining briefing schedule are **vacated** as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** September 13, 2019.

_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
United States District Judge